UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FIC, L.P., individually, and on behalf of all others similarly situated,<br><br>      Plaintiff,<br><br> v.<br><br>BEAR STEARNS ASSET MANAGEMENT INC., RALPH CIOFFI, RAYMOND McGARRIGAL, MATTHEW TANNIN, BEAR STEARNS SECURITIES CORPORATION, BEAR STEARNS COMPANIES INC. and BEAR STEARNS & CO. INC.,<br>      Defendants. | No. 07-cv-11477 (LAK)<br><br>ECF CASE |

## RULE 7.1 DISCLOSURE STATEMENT

   Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for FIC, L.P. (a private non-governmental party) certifies that there is no parent corporation or publicly-held corporation that owns more than 10% of its stock.

Dated: December 21, 2007    **GRANT & EISENHOFER P.A.**

                By: _____
                Jay W. Eisenhofer (JE-5593)
                Sidney S. Liebesman (SL 8444)
                485 Lexington Avenue, 29th Floor
                New York, New York 10017
                Tel: 646-722-8500
                Fax: 646-722-8501

                **GARDY & NOTIS, LLP**
                Mark C. Gardy (MG-0338)
                James S. Notis (JN-4189)
                440 Sylvan Avenue, Suite 110
                Englewood Cliffs, New Jersey 07632
                Tel: 201-567-7377
                Fax: 201-567-7337

                *Counsel for Plaintiff and Proposed Lead*
                *Counsel for the Class*