UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FIC, LP, individually, and on behalf of all others similarly situated,<br><br>                Plaintiff,<br><br>    v.<br><br>BEAR STEARNS ASSET MANAGEMENT INC., RALPH CIOFFI, RAYMOND McGARRIGAL, MATTHEW TANNIN, BEAR STEARNS SECURITIES CORPORATION, BEAR STEARNS COMPANIES INC. and BEAR STEARNS & CO. INC.,<br><br>                Defendants. | No. 07-CV-11477 (LAK)<br><br>ECF CASE |

### NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff, FIC, LP by its undersigned attorneys, hereby voluntarily dismisses, without prejudice, the above-captioned action.

Dated: December 27, 2007

                              **GRANT & EISENHOFER P.A.**

                              By: s/ Sidney S. Liebesman
                                 Jay W. Eisenhofer (JE-5593)
                                 Sidney S. Liebesman (SL-8444)
                            485 Lexington Avenue, 29th Floor
                            New York, New York 10017
                            Tel: 646-722-8500
                            Fax: 646-722-8501

**GARDY & NOTIS, LLP**
Mark C. Gardy (MG-0338)
James S. Notis (JN-4189)
440 Sylvan Avenue, Suite 110
Englewood Cliffs, New Jersey 07632
Tel: 201-567-7377
Fax: 201-567-7337

*Counsel for Plaintiff*