UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FIC, LP, individually, and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>BEAR STEARNS ASSET MANAGEMENT INC., RALPH CIOFFI, RAYMOND McGARRIGAL, MATTHEW TANNIN, BEAR STEARNS SECURITIES CORPORATION, BEAR STEARNS COMPANIES INC. and BEAR STEARNS & CO. INC.,<br><br>    Defendants. | No. 07-CV-11477 (LAK)<br><br>ECF CASE |

**MEMO ENDORSED**

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/8/08

### NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff, FIC, LP by its undersigned attorneys, hereby voluntarily dismisses, without prejudice, the above-captioned action.

Dated: December 27, 2007

        GRANT & EISENHOFER P.A.

        By: s/ Sidney S. Liebesman
         Jay W. Eisenhofer (JE-5593)
         Sidney S. Liebesman (SL-8444)
        485 Lexington Avenue, 29th Floor
        New York, New York 10017
        Tel: 646-722-8500
        Fax: 646-722-8501

SO ORDERED

/s/ Lewis A. Kaplan
LEWIS A. KAPLAN, USDJ
7/8/08